Rene L. Valladares
Federal Public Defender
State Bar No. 11479
Erin Gettel
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Erin_Gettel@fd.org

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America, | Case No. 2:21-cr-00022-APG-VCF |
| Plaintiff, | **Unopposed Motion to Correct Judgment** |
| v. | **(ECF No. 31)** |
| Delashaun Dean, | |
| Defendant. | |

Under Federal Rule of Criminal Procedure 36, a court may "correct a clerical error in a judgment, order, or other part of the record, or correct an error in the record resulting from oversight or omission." At Delashaun Dean's April 15, 2021, sentencing hearing, I neglected to request that Dean's restitution not accrue interest until his release from custody even though the judgment is due immediately.[1] The next day, I asked AUSA Fang if the government would have any objection to a motion to correct the judgment to that effect; he indicated that the government has no objection. Dean therefore requests that this Court correct the judgment so that interest will not accrue until his release from custody.

---

[1] ECF No. 31 at 7.

Dated: April 19, 2021

> Rene L. Valladares
> Federal Public Defender
>
> By: */s/ Erin Gettel*
> Erin Gettel
> Assistant Federal Public Defender
> Attorney for Delashaun Dean

IT IS SO ORDERED:

Dated: __April 19, 2021__

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE
2:21-cr-00022-APG-VCF

2