# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:21-CR-022-APG-VCF |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| DELASHAUN DEAN, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2); and 21 U.S.C. § 853(p) based upon the plea of guilty by Delashaun Dean to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Delashaun Dean pled guilty. Arraignment & Plea, ECF No. 18; Criminal Information, ECF No. 20; Plea Agreement, ECF No. 22; Preliminary Order of Forfeiture, ECF No. 24.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 9, 2021, through April 7, 2021, notifying all potential third

parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 35-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(2)(B); 18 U.S.C. § 1029(c)(1)(C) and 1029(c)(2); 21 U.S.C. § 853(p); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Any and all fraudulent access devices including, but not limited to, at least the following:
    a. a California Employee Development Department (EDD) debit card with the last four digits of the account number being 5903 issued in the name of J.M.;
    b. an EDD debit card with the last four digits of the account number being 0570 issued in the name of N.H.;
    c. an EDD debit card with the last four digits of the account number being 5800 issued in the name of O.W.;
    d. an EDD debit card with the last four digits of the account number being 9730 issued in the name of A.T.;
    e. an EDD debit card with the last four digits of the account number being 3288 issued in the name of J.W.;
    f. an EDD debit card with the last four digits of the account number being 2975 issued in the name of E.L.;

g. an EDD debit card with the last four digits of the account number being 5640 issued in the name of J.N.;

h. an EDD debit card with the last four digits of the account number being 2370 issued in the name of A.M.;

i. an EDD debit card with the last four digits of the account number being 7045 issued in the name of M.W.;

j. an EDD debit card with the last four digits of the account number being 3767 issued in the name of H.C.;

k. an EDD debit card with the last four digits of the account number being 2906 issued in the name of J.C.;

l. an EDD debit card with the last four digits of the account number being 8391 issued in the name of D.L.;

m. an EDD debit card with the last four digits of the account number being 8658 issued in the name of G.F.;

n. an EDD debit card with the last four digits of the account number being 0061 issued in the name of H.T.;

o. an EDD debit card with the last four digits of the account number being 2994 issued in the name of N.Y.;

p. a Texas driver's license issued in the name of B.D., but bearing defendant's photo;

q. a Visa debit card with the last four digits of the account number being 6779 issued in the name of B.D.;

r. a Visa debit card with the last four digits of the account number being 1475 issued in the name of B.D.; and

2. one spiral notebook confiscated by the Las Vegas Metropolitan Police Department from Room 3806 of the Cosmopolitan Hotel containing personally

///

///

3

identifiable information of many individuals, some of which matched the 15 EDD debit cards recovered (all of which constitutes property).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED ____May 12____, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE